**FILED**
OCT - 4 1999
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA
BY_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENSCI REGENERATION LABS, INC., <br><br> PLAINTIFF, <br><br> v <br><br> OSTEOTECH, INC. <br><br> DEFENDANT | SACV 98-68-AHS(EEx) <br><br> ORDER TRANSFERRING ACTION UNDER SECTION 3 1 OF GENERAL ORDER 224 |

Pursuant to Section 3 1 of General Order 224,

    IT IS HEREBY ORDERED that the above-entitled action be transferred to the calendar of Judge _____Mariana R. Pfaelzer_____ for all further proceedings.

Dated: September 14, 1999

_____
Alicemarie H Stotler
United States District Judge

Dated: September 16, 1999

_____
Mariana R. Pfaelzer
United States District Judge

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD, IN THIS ACTION, ON THIS DATE
DATED _10/4/99_
DEPUTY CLERK

<u>NOTICE TO COUNSEL FROM CLERK</u>

On all documents subsequently filed in this case, please substitute the initials ___MRP___ after the case number, so that the case number will read ___CV 99-10111-MRP (CTx)___ This is very important because documents are routed to the assigned Judge by means of these initials.

G-6 (6/98)  ORDER TRANSFERRING ACTION UNDER SECTION 3 1 OF GENERAL ORDER 224

ENTERED ON ICMS _____  (146)